Pro Se 10 (Rev. 12/16) Complaint for the Conversion of Property

**RECEIVED**

JUN 15 2026

**BY MAIL**

# UNITED STATES DISTRICT COURT

for the

EASTERN District of MISSOURI

EASTERN Division

DOMICIARILY/

Charles-Edward: Hall ATTORNEY IN FACT EXECUTOR TRUSTEE

Plaintiff(s) OF THE CHARLES E. HALL

*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*

REVOCABLE TRUST

-v-

SAINT LOUIS CITY HOME RULE MUNICIPALITY

Defendant(s) CORPORATION

*(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. _____

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☑Yes ☐ No

## COMPLAINT FOR THE CONVERSION OF PROPERTY
(28 U.S.C. § 1332; Diversity of Citizenship)

I.    **The Parties to This Complaint**

A.    **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Charles -Edward: Hall |
| Street Address | P.O. BOX 1002 |
| City and County | THOMSON, Carrol county |
| State and Zip Code | ILLINOIS  61285 |
| Telephone Number | |
| E-mail Address | |

B.    **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Page 1 of 5

Pro Se 10 (Rev. 12/16) Complaint for the Conversion of Property

Defendant No. 1

 Name

 Job or Title *(if known)*

 Street Address

 City and County

 State and Zip Code

 Telephone Number

 E-mail Address *(if known)*

Defendant No. 2

 Name

 Job or Title *(if known)*

 Street Address

 City and County

 State and Zip Code

 Telephone Number

 E-mail Address *(if known)*

Defendant No. 3

 Name

 Job or Title *(if known)*

 Street Address

 City and County

 State and Zip Code

 Telephone Number

 E-mail Address *(if known)*

Defendant No. 4

 Name

 Job or Title *(if known)*

 Street Address

 City and County

 State and Zip Code

 Telephone Number

 E-mail Address *(if known)*

Pro Se 10 (Rev. 12/16) Complaint for the Conversion of Property

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Under 28 U.S.C. § 1332, federal courts may hear cases in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000. In that kind of case, called a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff. Explain how these jurisdictional requirements have been met.

### A.    The Plaintiff(s)

1.    If the plaintiff is an individual

The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

2.    If the plaintiff is a corporation

The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name )* _____, and has its principal place of business in the State of *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

### B.    The Defendant(s)

1.    If the defendant is an individual

The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____

2    If the defendant is a corporation

The defendant, *(name)* SAINT LOUIS CITY HOME RULE MUNICIPALITY is incorporated under the laws of the State of *(name)* MISSOURI, and has its principal place of business in the State of *(name)* MISSOURI. Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

Pro Se 10 (Rev. 12/16) Complaint for the Conversion of Property

C.    **The Amount in Controversy**

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*: BENEFITS INURE TO PRIVATE SHAREHOLDERS OF CAPITAL STOCK SUBSCRIPTIONS TO ACCRETE ESTATE INTEREST IN SERVITUDES OF HEREDITAMENTS IN REAL ESTATE   735 ILCS 5/12- per se ACCURED INTEREST IN DEBENTURES, DERIVATIVES STOCK WARRANTS, CAPITAL STOCK [105] VALUED AT 300,000,000.00 IN SILVER AND GOLD SPECIE

III.    **Statement of Claim**

A.    Describe the property that you own that is the subject of this complaint, including its value.  735 ILCS 5/2-105 IN KIND LEGAL TITLE TO REAL ESTATE IN FEE SIMPLE Per se HEREDITAMENTS, EQUITABLE AND LEGAL, IN A SUM CERTAIN IN VALUE OF 300,000,000.00 IN SILVER SPECIE AND GOLD SPECIE

B.    How and when did you come to own the property?  IN THE YEAR OF 1971 OWNED BY INCORPORATION OF THE 14TH AMENDMENT BY BIRTHRIGHT CITIZENSHIP

C.    How and when did the defendant(s) obtain possession of the property? Describe with particularity the actions the defendant(s) took to convert the property.  DISEISED THIS ESTATE IN 2002 ASSISE OF NOVEL DISEISIN IN A JUDGMENT DE BONIS PROPRIIS Converted it INTO A NAVIGATIONAL SERVITUDE AND LIQUIDATED THE DEFICIT OF THE Corporation Preferred Stock For Cancellation converted it to BOOK Keeping surplus

D.    *(If the defendant(s) rightfully came into possession of the property)*: Describe how and when you notified the defendant(s) that the property belonged to you. Describe how and when you demanded that the defendant(s) deliver or return the property, and what response you received from the defendant(s). Attach a copy of any written correspondence with the defendant(s), if such copies exist.  I MAILED A REPLEVIN COMPLAINT MARCH 14, 2025 TO THE COURT CLERK I PLEAD Trespass Quare Clausum Fregit, DE BONIS Asportatis IN VITA Testatoris WITH NO RESPONSE

IV.    **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

UNDER THE CHARLES E. HALL REVOCABLE TRUST

Pro Se 10 (Rev. 12/16) Complaint for the Conversion of Property    TREASURY REGULATION 25.2511 - 2(e)

I RESERVE the RIGHT to REVEST as DONOR THE BENEFICIAL TITLE to THE PROPERTY IN HIMSELF
I WANT TO BE REQUISITIONED OF MY ESTATE AND SET FREE ACCOUNTING EXEMPLARY
DAMAGES IN EXCESS OF 300,000,000".00 IN SILVER + GOLD SPECIE To Deter future DISCUSSION
300,000,000".00 IN PUNITIVE DAMAGES TO HEALTH, REPUTATION, LOSS OF ECONOMIC
contractual expectations, Loss of Consortium, Loss of Society, care compassion
DISSOLUTION OF ALL OTHER TRUST

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    June 4, 2024

Signature of Plaintiff    Chals -Edward: Hall    ATTORNEY IN FACT EXECUTOR TRUSTEE DOMICIARIN

Printed Name of Plaintiff    Charles - Edward: Hall    ATTORNEY IN FACT EXECUTOR TRUSTEE DOMICILIARILY

### B.    For Attorneys

Date of signing:    _____

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Street Address    _____

State and Zip Code    _____

Telephone Number    _____

E-mail Address    _____

Pro Se 11 (Rev. 12/16) Third–Party Complaint

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

_____ Division

| | |
|---|---|
| **Plaintiff(s)**<br>*(Write the full name of each plaintiff who is filing this complaint.*<br>*If the names of all the plaintiffs cannot fit in the space above,*<br>*please write "see attached" in the space and attach an additional*<br>*page with the full list of names.)*<br>**-v-** | Case No. _____<br>*(to be filled in by the Clerk's Office)*<br><br>Jury Trial: *(check one)* ☐ Yes ☐ No |
| **Defendant, Third–party plaintiff(s)**<br>*(Write the full name of each defendant/third–party plaintiff. If the*<br>*names of all the defendants/third–party plaintiffs cannot fit in the*<br>*space above, please write "see attached" in the space and attach*<br>*an additional page with the full list of names.)*<br>**-v-** | |
| **Third–party defendant(s)**<br>*(Write the full name of each third–party defendant. If the names*<br>*of all the third–party defendants cannot fit in the space above,*<br>*please write "see attached" in the space and attach an additional*<br>*page with the full list of names.)* | |

# THIRD – PARTY COMPLAINT

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name                                              _____

Street Address                              _____

City and County                           _____

State and Zip Code                      _____

Telephone Number                      _____

E-mail Address  *(if known)*           _____

ASSISE OF NOVEL DISEISIN

N. 1 JUDGMENT DE BONIIS PROPRIIS
AND SEQUESTER OF MY freehold ESTATE THE HEREDITAMENTS
IN THE AGGREGATE MITEREST'S NOT PER SE
DISGORGED TRUST ASSETS INCHOATE AND CHOATE
PROSCRIPTIVE RIGHTS IN REM JURA IN RE
ALIENA, JURA IN RE Propria Corporeal AND
INCORPOREA Hereditaments IN Personam Quasi
IN REM DISSIPATING TRUST RES CORPUS OF TRUST
CHARLES E. HALL LIVING WILL REVOCABLE TRUST NON
SEGREGATED FLOATING TRUST GIVING SUPERIOR
INTERESTS OVER OTHER SECURED CREDITOR Charles-Edw
: Hall COMMINGLING OF TRUST AND NON TRUST ASSETS
BREACHING FIDUCIARY DUTY FAILING TO PRESERVE
TRUST ASSETS, ACTS AND OMISSIONS AMORTIZATION
OF THE ESTATE (FREEHOLD) DEPRECIATION FOR
EXHAUSTION, WEAR AND TEAR, OBSOLESCENCE OF
property Held for the production OF INCOME, Holder
OF 1 LIFE TERMINABLE INTEREST BY GIFT OF
DONEE BENEFICIARY UNDER NOVATION GIFT PROMISE
CONTRACT REDUCED AND DIMINISHED BY REDUCTION
FROM SHRINKAGE IN VALUE OF INTEREST BY THE
LAPSE OF TIME. DISSEIZED MY FREEHOLD
ESTATE AND CREATED A HERES DEFACTO SEISIN
IN LAW AND IN DEED CORRUPTED OF BLOOD IN THE LAW
BEING "CIVILLY DEAD" ATTAINDER UNDER LIFE ESTAT
PUR AUTRE VIE COMMON LAW RULE AGAINST ⟶

OVER

PERPETUITIES BECOMING 21 years OF AGE "WAIT AND SEE RULE" SHIFTING AND SPRING EXECUTORY INTERESTS FEE SIMPLE SUBJECT TO CONDITION SUBSEQUENT INVOLVING VESTED REMAINDERS. THE CORPORATE CITIZEN STATE OF MISSOURI IS REVERSIONER IN FEE OF CHARLES EDWARD HALL'S ESTATE, DISEISED THE ESTATE IN FEE SIMPLE DETERMINABLE AS FEE SIMPLE TO EXECUTORY LIMITATION AND ALIENATION IN FEE. INCORPORATED THE ESTATE BY 14TH AMENDMENT OF THE U.S. CONST..

1 SUMMARY / _____ SE DISSEISED
UNDER TRADING WITH + ——> DISSEISED ESTATE IN 1 JUDGMENT DE BONIS
ENEMY ACT              EX OONATIONE REGIS          Propriis

BECAME 1 DONEE BENEFICIARY THRU CESTUI QUE
GIFT          TRUST CONTRACT UNINCORPORATED BUSINESS ORG,
PROMISE       GRANTORS, NON GRANTORS TRUST "GIFT PROMISE"
              CONTRACT TRUSTS CREATED BY WILLS
              IN THE U.S. ESTATE ASSIGNEES OF CHOSES IN
              ACTION / REAL ESTATE HEREDITAMENTS IN THE
              AGGREGATE CHOATE AND INCHOATE INCUMBRANCES
           OF PRESCRIPTIVE RIGHTS - EASEMENTS SERVITUDES
              CONTINGENT AND EXECUTORY PROPERTY INTEREST
              POSSESSORY INTEREST PROPRIETARY LEASES
              EQUITABLE AND LEGAL PERSONAL AND REAL Property
              IN KIND LEGAL TITLE CONVERTED TO IN KIND STOCK
              DIVIDENDS IN 1 NON SEGREGATED FLOATING TRUST
              ACTUAL AND CONSTRUCTIVE ANNEXED TO 1 REALTY TRUST
              Under 1 Corporation Non For Profit UNDER DISTRICT OF
              COLUMBIA NON Profit Corp. Act CREATED 1 REAL ESTATE MORTGAGE
              WITH SECURITY INTEREST IN FIXTURES From Personalty to
ENCUMBRANCE OF realty Annexing Having Permanent accession to the
              Freehold Converted to Notional Principal
              Contracts, EQUITABLE MORTGAGES, LEASEHOLD
              INTERESTS, Commodity Futures Contracts, Common Stock
              Purchase Warrents, Contracts Marked to Market
              LEGACY Swap Contracts, Collateral Trust Bonds
              BONDS and NOTES HAVING LIENS ON SECURITIES
              NEGOTIABLE PAPER

CAN CLAIM ESTATE AND INTEREST IN REAL PROPERTY/

IM A 15TH CENTURY HAERES NATUS
CONVERTED TO HERES NATUS   DE JURE
RELATED BY HEIRS AT LAW - HERES NATUS
HEREDES REMOTIORES
COLLATERAL TAKERS
LEGATEES - HEREDERO

HERES FIDEICOMMISSARIUS
FIDUCIARY HEIR UNDER CESTUI QUE TRUST

IN KIND LEGAL TITLE

"PRO HOC VICE OWNER"
"TAXPAYER RELATED TO TAXPAYER"
SOLE TRUSTEE BENEFICIARY OF THE RESIDUARY
TRUST REMAINDER INTEREST BENEFICIARY
JOINT TENANT IN COMMON IN FEE SIMPLE ABSOLUTE
COJOINED LEGACIES   DONEE BENEFICIARY

TREAS. REG. 25. 2511 -2 (C)  A GIFT IS INCOMPLETE
IF THE DONOR RESERVES THE RIGHT TO REVEST
THE BENEFICIAL TITLE TO THE PROPERTY IN HIMSELF
AND RESERVE THE POWER TO NAME NEW BENEFICIARIES
OR CHANGE THE INTERESTS OF THE BENEFICIARIES
AS BETWEEN THEMSELVES
MO. R. CIV. P. 85. 14 - 85. 19 THE OWNER
OF THE ESTATE CAN USE THE SAME DEFENSES AS
THE CLAIMANT